| | |
|---|---|
| SULLIVAN, HILL, LEWIN, REZ & ENGEL<br>A Professional Law Corporation<br>  Christine A. Roberts, NV SBN 6472<br>  Elizabeth E. Stephens, NV SBN 5788<br>228 South Fourth Street, First Floor<br>Las Vegas, NV 89101<br>Telephone:    (702) 382-6440<br>Fax Number:  (702) 384-9102<br><br>Attorneys for Yvette Weinstein,<br>Chapter 7 Trustee | **Electronically Filed: November 21, 2013** |

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re:<br><br>COMMUNITY BANCORP,<br><br>　　　　　Debtor.<br>_____<br>YVETTE WEINSTEIN, CHAPTER 7 TRUSTEE OF COMMUNITY BANCORP,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>PROGRESSIVE CASUALTY INSURANCE COMPANY; EDWARD M. JAMISON; STEPHEN R. CURLEY; JAMES E. NELSON; LEROY R. AMAN; LEANNE B. APPLEDORN-MARCH; RICHARD L. MURPHY; PHILLIP B. WHITAKER; AND THE FEDERAL DEPOSIT CORPORATION AS RECEIVER FOR COMMUNITY BANK OF ARIZONA,<br><br>　　　　　Defendants.<br>_____ | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No.  BK-S-10-20038-LED<br><br>Chapter 7<br><br><br><br>Adversary Proceeding No.: 13-01168-LED<br><br><br><br>**JOINT STIPULATION TO STAY ADVERSARY PROCEEDINGS**<br><br><br>Ctrm:  3<br>　　　Foley Federal Building<br>　　　300 Las Vegas Blvd. South<br>　　　Las Vegas, NV 89101<br>Judge: Hon. Laurel E. Davis |

 COME NOW, Yvette Weinstein, Chapter 7 Trustee, by and through her counsel, Christine A. Roberts, Esq., of Sullivan, Hill, Lewin, Rez & Engel; Progressive Casualty Insurance Company ("Progressive"); Edward M. Jamison, Stephen R. Curley, James E. Nelson, LeRoy R. Aman, Leanne B. Appledorn-March and Richard L. Murphy and Philip B. Whitaker ("Directors and Officers"); and

51126F6　　　　　　　　　　　　　　　　1

Federal Deposit Insurance Corporation ("FDIC"), as Receiver for Community Bank of Arizona ("CBOA"), by and through their undersigned counsels, agree and stipulate as follows:

### STIPULATION

**IT IS HEREBY STIPULATED AND AGREED** that this adversary proceeding action shall be stayed pending a determination of the Ninth Circuit Bankruptcy Appellate Panel, BAP No. 13-1460, Progressive Casualty Insurance Company v. Yvette Weinstein.

**IT IS SO STIPULATED.**

Dated this __21st__ day of November, 2013

| | |
|---|---|
| /s/ Christine A. Roberts<br>Christine A. Roberts, Esq.<br>SULLIVAN, HILL, LEWIN, REZ & ENGEL<br>228 South 4th Street, First Floor<br>Las Vegas, Nevada 89101<br>*Attorneys for Plaintiff,*<br>*Yvette Weinstein, Chapter 7 Trustee* | /s/Matthew J. Dendinger<br>Matthew J. Dendinger<br>Brian E. Holthus, ESQ.<br>JOLLEY URGA WIRTH WOODBURY & STANDISH<br>3800 Howard Hughes Parkway<br>Las Vegas, NV 89169<br>*Attorneys for Progressive Casualty Insurance Company* |
| /s/ John S. Golwen<br>John S. Golwen, Esq.<br>BASS BERRY & SINS PLC<br>100 Peabody Place, Suite 900<br>Memphis, TN 38103<br>*Attorneys for LeRoy R. Aman, Leanne B. Appledorn-March and Richard L. Murphy and Philip B. Whitaker* | /s/ Jennifer H. Dioguardi<br>Jennifer H. Dioguardi, Esq.<br>SNELL & WILMER<br>One Arizona Center<br>400 E. Van Buren<br>Phoenix, AZ 85004<br>*Attorneys for Stephen R. Curley and James E. Nelson* |
| /s/Connor Flynn<br>Connor Flynn, Esq.<br>ARMSTRONG TEASDALE LLP<br>3770 Howard Hughes Parkway, Suite 200<br>Las Vegas, Nevada 89169<br>*Attorneys for Edward M. Jamison* | /s/Antony S. Burt<br>Antony S. Burt, Esq.<br>SCHIFF HARDIN<br>233 S. Wacker Dr., Suite 6600<br>Chicago, Illinois 60606<br>*Attorneys for Federal Deposit Insurance Corporation, as Receiver for Community Bank of Arizona* |

51126F6                                    2