_____
Honorable Laurel E. Davis
United States Bankruptcy Judge

**Entered on Docket**
**December 12, 2013**
_____

SULLIVAN, HILL, LEWIN, REZ & ENGEL
A Professional Law Corporation
  Christine A. Roberts, NV SBN 6472
  Elizabeth E. Stephens, NV SBN 5788
228 South Fourth Street, First Floor
Las Vegas, NV 89101
Telephone:    (702) 382-6440
Fax Number:   (702) 384-9102

Attorneys for Yvette Weinstein,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-10-20038-LED |
| COMMUNITY BANCORP, | Chapter 7 |
| Debtor. | |
| YVETTE WEINSTEIN, CHAPTER 7 TRUSTEE OF COMMUNITY BANCORP, | Adversary Proceeding No.: 13-01168-LED |
| Plaintiff, | **ORDER APPROVING JOINT STIPULATION TO VACATE HEARINGS ADVERSARY PROCEEDING** |
| v. | |
| PROGRESSIVE CASUALTY INSURANCE COMPANY; EDWARD M. JAMISON; STEPHEN R. CURLEY; JAMES E. NELSON; LEROY R. AMAN; LEANNE B. APPLEDORN-MARCH; RICHARD L. MURPHY; PHILLIP B. WHITAKER; AND THE FEDERAL DEPOSIT CORPORATION AS RECEIVER FOR COMMUNITY BANK OF ARIZONA, | Ctrm:  3<br>       Foley Federal Building<br>       300 Las Vegas Blvd. South<br>       Las Vegas, NV 89101<br>Judge: Hon. Laurel E. Davis |
| Defendants. | |

358649-v1                                                1

COME NOW, Yvette Weinstein, Chapter 7 Trustee, by and through her counsel, Christine A. Roberts, Esq., of Sullivan, Hill, Lewin, Rez & Engel, and hereby submits this order as follows:

**IT IS HEREBY ORDERED** that the Joint Stipulation to Vacate Hearings in Adversary Proceeding [Dkt. #67] is approved;

**IT IS FURTHER ORDERED** that the Motion to Dismiss Adversary Proceeding [Dkt. #51] currently scheduled for December 16, 2013 at 1:30 p.m. is vacated;

**IT IS FURTHER ORDERED** that the Scheduling Conference [Dkt. #1] currently scheduled for December 16, 2013 at 1:30 p.m. shall be continued to March 17, 2014 at 1:30 p.m.

**IT IS SO ORDERED.**

Respectfully Submitted By:

SULLIVAN, HILL, LEWIN, REZ & ENGEL
A Professional Law Corporation

_____/s/ *Christine A. Roberts*_____
CHRISTINE A. ROBERTS, ESQ.
SULLIVAN, HILL, LEWIN, REZ & ENGEL
228 South 4th Street, First Floor
Las Vegas, Nevada 89101

358649-v1                                    2